**Gail JOHNSON, Plaintiff/Appellant,**

v.

**MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Defendant/Respondent.**

No. ED 81777.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 19, 2003.

James B. Kleinschmidt, Clayton, MO, for appellant.

Paul R. Sterrett, Sr. Assistant Counsel, Rich Tiemeyer, Chief Counsel, Chesterfield, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## MEMORANDUM DECISION

PER CURIAM.

Plaintiff, Gail Johnson, appeals from a judgment entered by the Circuit Court of Franklin County on a jury verdict in favor of defendant, Missouri Highway and Transportation Commission, in plaintiff's lawsuit to recover damages for personal injuries she claimed to have suffered at a highway rest stop owned and operated by defendant. For her sole point on appeal, she asserts that the trial court erred in submitting Instruction No. 9, a comparative fault instruction based on MAI 32.01(2), because it was not supported by the evidence.

We do not need to reach plaintiff's argument. The jury returned a unanimous verdict in defendant's favor and found plaintiff one hundred percent at fault. Any error in submitting a comparative fault instruction is harmless when the jury returns a verdict attributing one hundred percent fault to the complaining party. *Inman v. Bi–State Development Agency,* 849 S.W.2d 681, 684 (Mo.App.1993); *Titsworth v. Powell,* 776 S.W.2d 416, 423 (Mo. App.1989).

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).